UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                     Case No. 1:05:CR:13-03

v.

                                   HON. GORDON J. QUIST

DANIEL MACIAS,

        Defendant.
_____/

## **ORDER**

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1. The Report and Recommendation of the Magistrate Judge filed May 2, 2005, is approved and adopted as the Opinion and Findings of this Court.

2. Defendant Daniel Macias' plea of guilty to Counts One and Three of the Superseding Indictment is accepted. Defendant Daniel Macias is adjudicated guilty and bond will be revoked at the time of reporting.

3. Defendant Daniel Macias shall report to the United States Marshal in Grand Rapids, Michigan, at **2:00 PM, Monday, May 23, 2005**. Defendant Daniel Macias shall be detained pending sentencing.

4. A decision of whether to accept the written plea agreement will be made at the time of sentencing after the Court has had the opportunity to review the Presentence Investigation Report. See U.S.S.G. Ch. 6.

Dated: May 17, 2005                                       /s/ Gordon J. Quist
                                                           GORDON J. QUIST
                                                           UNITED STATES DISTRICT JUDGE